# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA STASH, | : | NO. 4:24-CV-00002 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| FRANK BISIGNANO, | : | |
| *Commissioner of Social Security*, | : | |
| Defendant. | : | |

# ORDER

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1) The decision of the Commissioner of Social Security denying the Plaintiff's benefits under the Social Security Act is **VACATED**;

(2) The case is **REMANDED** to the Commissioner;

(3) Final judgment will be entered in the Plaintiff's favor; and

(4) The Clerk of Court is directed to **CLOSE** this case.

Date: January 27, 2026            s/ *Sean A. Camoni*
                                  Sean A. Camoni
                                  United States Magistrate Judge